UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JASMINE MAYRANT,

      Plaintiff,

v.                                   Civil Action No. 2:24-cv-00715

NORFOLK REDEVELOPMENT AND
HOUSING AUTHORITY,

      Defendant.

**<u>DECLARATION OF HELEN HARDIMAN</u>**
**<u>IN SUPPORT OF PLAINTIFF'S PETITION FOR ATTORNEY'S FEES</u>**

I, HELEN HARDIMAN, declare as follows:

      1.      I am over 21 years of age, competent to testify, and make this declaration based on my personal knowledge.

      2.      I am a member in good standing of the Virginia State Bar.

      3.      I am a civil-rights attorney whose practice has focused on fair housing and disability rights for over a decade. My background includes:

      a)      **Founder and principal, Hardiman Law PLLC** (2018–2019; March 2025-present), a civil-rights firm focused on preventing and remedying housing discrimination. In less than three total years of private practice, I've assisted over 125 families in securing and maintaining fair housing.

      b)      **Trial Attorney, Office of General Counsel, U.S. Department of Housing and Urban Development (Office of Fair Housing Enforcement/Compliance)** (2022–March 2025), where I provided legal advice and support to HUD's enforcement offices on fair housing and other civil rights related claims, drafted regulations and legal opinions, advised Department leaders on fair housing issues, and trained staff on civil rights enforcement.

      c)      **Assistant Attorney General & Policy Advisor, Office of Civil Rights, Office of the Attorney General of Virginia** (2019–2022), where I served as counsel to the Virginia Real Estate Board and Virginia Fair Housing Board, litigated fair housing cases, and supported expansion of the Virginia Fair Housing Law.

d)    **Housing Opportunities Made Equal of Virginia, Inc. (HOME)** (2013–2018), rising to **Vice President of Law & Policy** where I oversaw investigations and litigation resulting in numerous fair housing settlements statewide.

4.    I have worked on an estimated 50 reasonable accommodation cases around the country, in many cases solo. This work includes investigating claims, advising requesters of reasonable accommodations, negotiating with persons and entities receiving requests for reasonable accommodation, settling claims, and litigating reasonable accommodation claims in state court.

5.    I have conducted at least 50 fair housing related trainings and seminars for a variety of audiences including attorneys, civil rights officials, advocates, students, real estate professionals, and other members of the housing industry. The majority of these have contained a focus on reasonable accommodations in housing for person with disabilities.

6.    I hold a Juris Doctor from the University of Virginia School of Law, a Master of Social Work with a concentration in administration, planning, and public policy from Virginia Commonwealth University, and a Bachelor of Arts from the University of Virginia.

7.    I co-authored the second edition of West Academic's casebook, *Experiencing Housing Law* (2021–2022). I was the managing editor on LexisNexis's forthcoming treatise, *Civil Rights & Strategy Series: Housing Discrimination*.

8.    I have served on multiple statewide boards and workgroups related to housing policy, including the Virginia Poverty Law Center, the Virginia Housing Commission, the Maggie Walker Community Land Trust, the City of Richmond's Affordable Housing Trust Fund Oversight Board, Virginia's Department of Housing and Community Development, the Virginia Coalition to End Homelessness, and Richmond's Partnership for Housing Affordability.

9.    I served on the Virginia Bar Association's Board of Governors from 2020-2021.

10.    I was recognized by Virginia Lawyers Weekly as an "Up & Coming Attorney" (2017), among other honors.

11.    Very few Virginia attorneys are willing to accept plaintiff-side fair housing cases because of the special expertise required and the risk of nonpayment. This case is such a case requiring such special expertise at the risk of nonpayment.

12.    I am familiar with the law firm of Legal Aid Society of Eastern Virginia. I know from personal observation that Mr. Ballard and Ms. Bonfiglio are top-notch attorneys, both generally and specifically on fair housing matters.

13.    I have reviewed Mr. Ballard's and Ms. Bonfiglio's fee declarations. Based on my experience, their hourly rates ($315 for Mr. Ballard and $415 for Ms. Bonfiglio) seem reasonable and are in line with other attorneys in the Eastern District of Virginia. I also believe that the time

spent on this case is reasonable based on a review the relevant pleadings in the case, especially in light of the results obtained.

14.    I am not related to, associated with, or employed by any party to this case or their counsel. I have no financial stake in the outcome of this matter, and I am not being compensated for preparing this declaration or for any time spent assisting with the fee motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 20, 2025, in Prince George, Virginia.

_____
HELEN HARDIMAN