`UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| JASMINE MAYRANT,<br><br>　　　　　Plaintiff,<br>v.<br><br>NORFOLK REDEVELOPMENT AND HOUSING AUTHORITY, a political subdivision of the Commonwealth,<br><br>　　　　　Defendant. | Civil No.: 2:24-cv-715 |

## DECLARATION OF MEGAN L.S. MARMOTTIN

I, Ms. Megan L.S. Marmottin, declare as follows:

　　1.　My name is Ms. Megan L.S. Marmottin, and I am over 21 years of age, of sound mind, and capable of executing this declaration.

　　2.　I am a Community Support Representative at the Legal Aid Society of Eastern Virginia and have been working for the firm since January 2024.

　　3.　Our firm maintains client and attorney records in an Access-based database called KEMPS. I am trained in and familiar with using KEMPS for both input and export of client information.

　　4.　To create our record of attorney time in the Jasmine Mayrant matter, I created an exported report from KEMPS for time kept in the Mayrant case by attorneys Brandon Ballad and Melissa Bonfiglio. I then transferred the information to Microsoft Excel. Duplicate entries in which both the description of the task and the time recorded by the attorney are identical were removed using the Excel "Conditional Formatting" tool. The tool identifies any potential

duplicates for review by the user, leaving only the first occurrence of a row with identical data. In this process, no entries were modified.

     5.     I make this declaration from my own knowledge of the facts and circumstances set forth above. If necessary, I could and would testify to these facts and circumstances.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Date:** 23/10/2025          **Signature:** Megan Marmottin (Oct 23, 2025 17:53:19 EDT)