Driskell Services, Inc.
508 Central Drive, Suite # 102
Virginia Beach, VA 23454
757-961-6961

Tax ID #: 54-1815668

**Please Reference**
**Invoice #: 239856 when paying**

Date: 12/29/2024

Legal Aid Society of Eastern Virginia
125 St. Paul's Blvd.
Suite # 400
Norfolk, VA 23510

## INVOICE FOR SERVICE

Service #931863: **Norfolk Redevelopment and Housing Authority c/o Nathan Simms, Executive Director**
Documents: Summons and Complaint; Exhibits
Jasmine Mayrant v. Norfolk Redevlopement and Housing Authority, a political subdivision of the Commonwealth
Completed at: 12/18/2024 11:50 AM
Manner: SUBSTITUTE
Left With: Jordan Powell, Senior Executive Assistant
Server: Christine Whitehurst
Addr: 555 E. Main Street, Norfolk, VA 23510

Contact Person: Brandon L. Ballard
Court Case #: 2:24-cv-715

Court Date:

| | |
|---|---|
| Routine Service (4-7 Days) | $12.00 |
| **TOTAL CHARGES:** | **$12.00** |
| **BALANCE:** | **$12.00** |

1

Driskell Services, Inc.
508 Central Drive, Suite # 102
Virginia Beach, VA 23454
757-961-6961

Tax ID #: 54-1815668

**Please Reference**
**Invoice #: 241411 when paying**

Date: 02/07/2025

Legal Aid Society of Eastern Virginia
125 St. Paul's Blvd.
Suite # 400
Norfolk, VA 23510

## INVOICE FOR SERVICE

Service #938166: **Norfolk Redevelopment and Housing Authority c/o Nathan Simms, Executive Director**
Documents: Plaintiff Jasmine Mayrant's Motion for Preliminary Injuction; Plaintiff Jasmine Mayrant's Motion for Default judgment; Plaintiff Jasmine Mayrant's Brief in Support of Motion for Preliminary Injuction; Plaintiff Jasmine Mayrant's Brief in Support of Motion for Default Judgment; Exhibits
Jasmine Mayrant v. Norfolk Redevlopement and Housing Authority, a political subdivision of the Commonwealth
Completed at: 02/06/2025 11:30 AM
Manner: SUBSTITUTE
Left With: Jordan Powell, Executive Assistant
Server: Christine Whitehurst
Addr: 555 E. Main Street, Norfolk, VA 23510

Contact Person: Brandon L. Ballard
Court Case #: 2:24-cv-715

Court Date:

| | | |
|---|---|---|
| Rush Same Day | | $65.00 |
| Mileage | Miles: 30 at 0.65 per | $19.50 |
| **TOTAL CHARGES:** | | **$84.50** |
| **BALANCE:** | | **$84.50** |

1