UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| JASMINE MAYRANT,<br><br>    Plaintiff,<br><br>v.<br><br>NORFOLK REDEVELOPMENT AND HOUSING AUTHORITY,<br><br>    Defendant. | Civil No. 2:24cv715 |

## ORDER

    Before the Court is a Motion for Default Judgment (ECF No. 9) (the "Motion") and a Brief in Support thereof (ECF No. 10) filed by Plaintiff Jasmine Mayrant ("Plaintiff" or "Ms. Mayrant"). On September 23, 2025, the Court granted the Motion as to Count One of the Complaint (ECF No. 1), deferred its determination on damages, and ordered the parties to brief the damages issue. Order at 2, 28, ECF No. 30. On October 23, 2025, Plaintiff filed a brief supporting her request for damages. Br. Supp., ECF No. 31. On November 12, 2025, Defendant Norfolk Redevelopment and Housing Authority ("Defendant" or "NRHA") filed an opposition to the brief supporting damages. Br. Opp'n, ECF No. 32.[1]

    Upon consideration, the parties are **DIRECTED** to contact the Courtroom

---

[1] On November 17, 2025, Plaintiff also filed a Third Motion for Leave to File Supplementary Evidence, ECF No. 33, and a Brief in Support thereof, ECF No. 34. Upon consideration and for good cause shown, the Third Motion for Leave to File Supplementary Evidence (ECF No. 33) is **GRANTED**.

1

Deputy within seven (7) days of the entry of this Order to schedule an evidentiary hearing on the issue of damages. The Clerk is **DIRECTED** to send a copy of this Order to all counsel of record.

    **IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

November 18, 2025
Norfolk, Virginia